```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  WINDWARD BORA LLC,

                    Plaintiff,           MEMORANDUM & ORDER
                                         23-cv-3654(EK)(LGD)
            -against-

  JUNIA MONTOUR; NORTH AMERICAN
  PARTNERS IN ANESTHESIA; CAPITAL ONE
  BANK USA, NA; "JOHN DOE" AND "JANE
  DOE", last two said names being
  fictitious, said parties intended
  being tenants or occupants, if any,
  having or claiming an interest in, or
  lien upon, the premises described in
  the complaint,

                    Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Dunst's Report and Recommendation (R&R) dated August 30, 2024.  ECF No. 23.  Judge Dunst recommends that I grant the pending Motion for Default Judgment, attorney's fees of $222,858.02, and costs amounting to $14,629.72.  Judge Dunst also recommends that the Court appoint a referee to effectuate the sale of the mortgaged property through a public auction.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews the recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note

to 1983 addition; *accord* *State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the Motion for Default is granted and attorney's fees and costs are awarded. By October 3, 2024, plaintiff shall propose a referee to auction the mortgaged property. *Windward Bora LLC v. Durkovic as Tr. of McQueen Fam. Tr.*, No. 22-CV-411, 2024 WL 3455841, at *9 (E.D.N.Y. July 18, 2024). The Clerk of Court is respectfully directed to enter default judgment against defendants.

SO ORDERED.

                                                  /s/ Eric Komitee
                                          ERIC KOMITEE
                                          United States District Judge

Dated:    September 19, 2024
            Brooklyn, New York